

VERIZON SECURITY SUBPOENA COMPLIANCE
180 WASHINGTON VALLEY ROAD
BEDMINSTER NJ 07921
Phone: 800-451-5242 Fax: 888-667-0028

**VERIZON CONFIDENTIAL**

March 3, 2023

US DEPT OF LABOR JOLTS DCC
61 FORSYTH ST SW RM 7T50
ATLANTA GA 30303

Verizon Case #: 23157987
Docket / File #: C22400033369
Requested Target: 404-780-6609

Dear Ryan Durand

Verizon Subpoena Compliance is in receipt of the attached request. Please note the following:

Attached are the records you requested.

Please be
advised that Call and Text Detail Records are only available for a rolling
calendar year. For requests beyond that timeframe Bill Copies are provided that
contain call records. Individual texts are not billed so no Text Message
details will appear on the bill copies.

Be advised that Bill Copies do not show non-connected/missed calls or
transactions or calls placed to 911. Also do not use the Bill Copies to
ascertain any location information as they are not true location records

Respectfully,

D. BOBSIN
VERIZON SECURITY SUBPOENA COMPLIANCE

Enclosed

COLLINS_008458