
**FRESENIUS MEDICAL CARE**

*Direct Dial:*   *(781) 699-9654*
*Email:*       *elizabeth.a.mulcahy@freseniusmedicalcare.com*

July 8, 2024

Special Agent Ryan Durand
U.S. Department of Labor
Office of Inspector General
Office of Investigations-Labor Racketeering and Fraud
Southeast Region – Atlanta Office
61 Forsyth St SW
STE 6T1
Atlanta, GA 30303

Dear Special Agent Durand,

I am responding to Grand Jury Subpoena No. 2023R00973 – 001 directed to Fresenius Medical Care Holdings, Inc. d/b/a Fresenius Medical Care North America ("FMCNA").  I understand that in a discussion you had with my colleague, Ben Caldwell, on February 28, 2024, you and Ben agreed that we would:

1. Provide to you the documents that the Company produced in 2020 to Detective Tortorello with the Fayette County Sheriff's Office;

2. Crosscheck the list of individuals contained in the spreadsheet you provided on February 23, 2024 against our patient and employee databases; and

3. Identify which electronic patient files Ms. Raglin accessed during her employment with a subsidiary of FMCNA.

By separate email, I will send you a secure link containing the e-mail communications exchanged with Detective Tortorella regarding this matter and the documents that were previously produced to Detective Tortorella.  With respect to the individuals on the spreadsheet you provided to Mr. Caldwell, the secure link will include a highlighted version of the spreadsheet, with individuals who are or have been patients of the Company highlighted in yellow.  None of the individuals on that spreadsheet are or have been employees of the Company.  The secure link also will include a report reflecting the patient financial information Ms. Raglin accessed during her time with the Company (patients referenced on the February 23, 2024 spreadsheet are highlighted in blue and noted in the second tab).

With respect to your inquiry about (1) unique network access numbers and/or characters associated with Ms. Raglin and (2) details of when Ms. Raglin accessed FMCNA's network and

**Fresenius Medical Care North America**
_____
Corporate Headquarters: 920 Winter Street   Waltham, MA 02451-1457   781-699-9000

COLLINS_008817



a list of internet protocol addresses captured at the time of login, given the passage of time, the Company does not have this information.

If you have any questions or require any additional information, please do not hesitate to contact me.

Sincerely,

Elizabeth A. Mulcahy
Vice President & Deputy General Counsel

COLLINS_008818